**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

STRATHMORE INSURANCE COMPANY,

Plaintiff,

-against-

AMERICAN ZURICH INSURANCE COMPANY,

Defendant.

---------------------------------------------------------------X

**ORDER TO UPDATE THE COURT**

**26-CV-05932 (JAV) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

In the Court's Order filed on September 3, 2026 at Dkt. No. 7, Parties were directed to discuss whether they are willing to consent to conducting all further proceedings before me. Parties were to file an update on ECF by **September 16, 2026**. Dkt. No. 7. Defendant appeared on September 16, 2026. Dkt. No. 10. The Parties have not yet provided their position to the Court.

By **October 6, 2026**, Parties must take one of the following actions outlined in the Order at Dkt. No. 7:

- If all parties consent to proceed before the Magistrate Judge, counsel for Defendant must file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge )
- If any party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint letter advising the Court that the parties do not consent, **but without disclosing the identity of the**

**party or parties who do not consent.** There will be no adverse consequences if the parties do not consent to proceed before the Magistrate Judge.

SO ORDERED.

DATED: New York, New York
September 22, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge